IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRWIN ORLANDO CRUTCHFIELD,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-3323** |
| | : | |
| **PA BOARD OF** | : | |
| **PROBATION AND PAROLE,** | : | |
| Respondent. | : | |

# ORDER

**AND NOW**, this 13th day of October, 2020, upon consideration of Irwin Orlando Crutchfield's Petition for Writ of *Habeas Corpus* (ECF No. 2), as well as his Amended Petitions for Writ of *Habeas Corpus* (ECF Nos. 5 and 7), it is **ORDERED** that:

1. The Clerk of Court shall forward (a) a copy of Crutchfield's Petition (ECF No. 2), including copies of *both* Crutchfield's original envelope and the envelope from the Montgomery County Court of Common Pleas, (b) a copy of Crutchfield's Amended Petition (ECF No. 5), including copies of *both* Crutchfield's original envelope and the envelope from the Montgomery County Court of Common Pleas, (c) a copy of this Order and (d) the Court's Memorandum also filed today to:

> Montgomery County Court of Common Pleas
> P.O. Box 311
> Norristown, PA 19401-0311

2. Additionally, the Clerk of Court shall forward (a) a copy of Crutchfield's Petition (ECF No. 2), including copies of *both* Crutchfield's original envelope and the envelope from the Montgomery County Court of Common Pleas, (b) a copy of Crutchfield's Amended Petition (ECF No. 5), including copies of *both* Crutchfield's original envelope and the envelope from the

Montgomery County Court of Common Pleas, (c) a copy of this Order and (d) the Court's Memorandum also filed today to:

> Commonwealth Court of Pennsylvania
> Pennsylvania Judicial Center
> 601 Commonwealth Ave
> Suite 2100
> PO Box 69185
> Harrisburg, PA  17106

3. The Clerk of Court shall provide (a) a copy of Crutchfield's Petition (ECF No. 2), including copies of *both* Crutchfield's original envelope and the envelope from the Montgomery County Court of Common Pleas, (b) a copy of Crutchfield's Amended Petition (ECF No. 5), including copies of *both* Crutchfield's original envelope and the envelope from the Montgomery County Court of Common Pleas, (c) a copy of this Order and (d) the Court's Memorandum also filed today to:

- Montgomery County District Attorney's Office
- Pennsylvania Office of Attorney General - Criminal Law Division, and
- Pennsylvania Office of Attorney General - Civil Law Division.

4. Respondents shall enter their appearance in this case so that they will receive electronic notification of filings.

5. Respondents shall provide the Court with a status update, as specified in the Memorandum Opinion that was filed today, within thirty (30) days of the date of this Order.

6. The matter is hereby **STAYED** and proceedings held in abeyance until further order of this Court.

                                              **BY THE COURT:**

                                              /s/ Cynthia M. Rufe
                                              _____
                                              **CYNTHIA M. RUFE, J.**